ROGERS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2:18-CR-20344-JTF |
| ) | |
| ANGELO BUNTING ) | |
| and CARLOS JONES, ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 924(c) |
| Defendant. ) | 18 U.S.C. § 2119(1) |

## FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 28, 2018, in the Western District of Tennessee, the defendant,

**ANGELO BUNTING**

being aided and abetted by unknown others, took a motor vehicle, that is, a 2014 Toyota Corolla, that had been transported, shipped, and received in interstate commerce from R.D., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2 and 2119(1).

### COUNT 2

On or about June 28, 2018, in the Western District of Tennessee, the defendant,

**ANGELO BUNTING**

being aided and abetted by unknown others, did, during and in relation to a crime of violence, specifically the carjacking charged in Count 1, in violation of Title 18, United States Code, Section 2119(1), knowingly use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Sections 2 and 924(c).

## COUNT 3

On or about July 6, 2018, in the Western District of Tennessee, the defendant,

### ANGELO BUNTING

being aided and abetted by unknown others, took a motor vehicle, that is, a 2011 Chevrolet Impala, that had been transported, shipped, and received in interstate commerce from E.S., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2 and 2119(1).

## COUNT 4

On or about July 6, 2018, in the Western District of Tennessee, the defendant,

### ANGELO BUNTING

being aided and abetted by unknown others, did, during and in relation to a crime of violence, specifically the carjacking charged in Count 3, in violation of Title 18, United States Code, Section 2119(1), knowingly use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Sections 2 and 924(c).

## COUNT 5

On or about July 13, 2018, in the Western District of Tennessee, the defendants,

### ANGELO BUNTING and CARLOS JONES

being aided and abetted by unknown others, took a motor vehicle, that is, a 2013 Volkswagen Passat, that had been transported, shipped, and received in interstate commerce from J.M., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2 and 2119(1).

## COUNT 6

On or about July 13, 2018, in the Western District of Tennessee, the defendants,

**ANGELO BUNTING
and CARLOS JONES**

being aided and abetted by unknown others, did, during and in relation to a crime of violence, specifically the carjacking charged in Count 5, in violation of Title 18, United States Code, Section 2119(1), knowingly use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Sections 2 and 924(c).

A TRUE BILL:

_____
FOREPERSON

DATED:_____

_____
**D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY**

3